478 A.2d 65

Morrison, Appellant, v. Morrison.

Argued January 24, 1984. John R. Wingerter, for appellant; Russell S. Warner, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order affirmed.

TAMILIA, J., filed a concurring memorandum.

478 A.2d 65

Patane v. Patane, Jr., Appellant.

Argued January 31, 1984. Steven R. Geroff, for appellant; Ralph M. Evans, for appellee.

Before SPAETH, President Judge, and BECK and HOFFMAN, JJ.

Order affirmed.